```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RICHARD JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV715 |
| | ) | |
| v. | ) | |
| | ) | |
| ST. JAMES MANOR APTS., BILL LANG, Manager, DEB LANG, Asst Manager and WAYNE KOHL, Security, | ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court *sua sponte*, pursuant to Fed. R. Civ. P. 16(b); 26(f); and 37(b). Counsel for defendants has written the court indicating that although she and the plaintiff did confer about preparing and submitting the "Report of Parties' Planning Meeting," the plaintiff, appearing *pro se*, has since refused to sign it. Defense counsel therefore sent it to the undersigned without the plaintiff's signature.

Plaintiff is reminded that it is the responsibility of *all* parties to participate in good faith in the formulation of a discovery plan as required by Fed. R. Civ. P. 26(f). In fact, if any party refuses to do so, sanctions may be imposed, including attorneys fees and, in appropriate instances, dismissal of the case. See Fed. R. Civ. P. 37(b)(2); 37(g). The parties will be given one more opportunity to confer and submit a *joint* report, in the absence of which sanctions will be considered.

IT THEREFORE HEREBY IS ORDERED,

The parties are given until April 27, 2007 to complete and file their joint planning report in accordance with the provisions of Fed. R. Civ. P. 26(f).

DATED this 18th day of April, 2007.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge