# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV715 |
| | ) | |
| v. | ) | |
| | ) | |
| ST. JAMES MANOR APTS., BILL LANG, Manager, DEB LANG, Asst Manager, and WAYNE KOHL, Security, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Objection to Plaintiff's Motion for Protection Order. (Filing No. 18). The defendants' Objection was filed on April 19, 2007, the same day the court entered an Order denying the plaintiff's Motion for Protective Order. Therefore, the Objection to Plaintiff's Motion for Protection Order (Filing No. 18) is deemed granted.

IT IS SO ORDERED.

DATED this 27th day of April, 2007.

                                                  BY THE COURT:

                                                  *s/ Richard G. Kopf*
                                                  United States District Judge