```
                                                              FILED
                                                          U.S. DISTRICT COURT
                 IN THE UNITED STATES DISTRICT COURT      DISTRICT OF NEBRASKA
                    FOR THE DISTRICT OF NEBRASKA
                                                          2007 JUL 16 PM 4:01
```

| | | |
|---|---|---|
| RICHARD JACKSON, | ) | CASE NO. 8:06CV715 OFFICE OF THE CLERK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT TO EXERCISE OF** |
| vs. | ) | **JURISDICTION BY A UNITED STATES** |
| | ) | **MAGISTRATE** |
| ST. JAMES MANOR APTS, et al., | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendant. | ) | |
| | | *Honorable David L. Piester* |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *Richard Jackson* pro se; | For Richard Jackson | 7-2-07 |
| [signature] | For ~~All Defendants~~ St. James Manor, Bill Lang, Deb Lange, Marty Kohl | 16 Jul 07 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

7/16/07
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

246389-1