```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RICHARD JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV715 |
| | ) | |
| v. | ) | |
| | ) | |
| ST. JAMES MANOR APTS., BILL | ) | MEMORANDUM AND ORDER |
| LANG, Manager, DEB LANG, Asst | ) | |
| Manager, and MARTIN KOHL, | ) | |
| Security Guard, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed an amended complaint. However, the complaint does not contain any pleadings. It consists of a cover letter to the undersigned and a voluminous group of documents and pictures. From reviewing all of the materials, it is unclear what the plaintiff is attempting to allege or request. Some of the documents concern a disability discrimination claim arising from an employment matter. Some of them concern possible claims of racial discrimination. Some of them concern the conditions of his apartment and the common areas at St. James Manor Apartments, with other complaints about the treatment of plaintiff and his family by Manor employees. Some of them appear to be related to some sort of retaliation claim against St. James Manor Apartments. None of the documents is properly identified or authenticated, and no pleading alleges in any way how they constitute or relate to a legal claim.

Plaintiff's concerns are not raised in any proper pleading. As stated in the court's memorandum and order of August 8, 2007, filing 34, the court has the duty to dismiss cases filed *in forma pauperis* if the court determines that the plaintiff's complaint fails to state a claim on which relief may be granted. 28 U.S.C. 1915(e)(2)(B); <u>Jones v. Bock</u>, ___ U.S.___, 127 S. Ct. 910, 920

(2007). Plaintiff's amended complaint does fail to state a claim on which relief may be granted. It has no allegations even identifying what the plaintiff's claim may be, even though the court earlier pointed out to plaintiff various possible claims and their elements. Filings 34 and 36.

Plaintiff has been given several opportunities to correct the deficiencies in his pleadings and has failed to do so. There is no proper allegation of any claim before the court.[1]

IT THEREFORE HEREBY IS ORDERED,

This matter is dismissed for failure to state a claim on which relief may be granted.

DATED this 28th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

---

[1] Many of the documents filed by plaintiff indicate an ongoing dispute about the landlord-tenant relationship between himself and the defendants. While there are no facts before this court constituting a legal claim, it is likely that a mediation held with the defendants could go far in repairing that relationship. The court recommends that plaintiff and the defendants approach a mediator to meet with, air their concerns, and reach some resolution to their relationship problems in the hopes that it may continue.